# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Jim Walden
Direct: +1 212.351.2300
Fax: +1 212.351.5300
JWalden@gibsondunn.com

January 24, 2012

**VIA ECF**

The Honorable Carol Bagley Amon
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  Padro v. Astrue, 11-CV-1788 (CBA) (RLM)

Dear Judge Amon:

We serve as *pro bono* counsel to Plaintiffs in the above-referenced action. As this Court is aware, late in the evening of Friday, January 13, 2012 Defendant filed an Objection to Magistrate Judge Mann's Order Denying Defendant's Motion for Reconsideration of the October 19, 2011 Discovery Order. The Parties have conferred and, subject to Your Honor's approval, have agreed that Plaintiffs will submit their response to Defendant's Objection on or before January 31, 2012.

Respectfully submitted,

/s/ Jim Walden

Jim Walden


cc:  Gail Matthew, Esq.
     Carlotta Wells, Esq.


101221371.1

Brussels • Century City • Dallas • Denver • Dubai • Hong Kong • London • Los Angeles • Munich • New York
Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.