UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LORRAINE PADRO, et al.,

                        Plaintiffs,

    -against-

MICHAEL J. ASTRUE, Commissioner of
Social Security,

                        Defendant.
-------------------------------------------------------------X
**AMON, Chief United States District Judge**.

NOT FOR PUBLICATION
**MEMORANDUM & ORDER**
11-CV-1788 (CBA) (RLM)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 2 2 2013 ★

**BROOKLYN OFFICE**

       Before the Court is the Report and Recommendation ("R&R") of the Honorable Roanne L. Mann, United States Magistrate Judge, dated February 7, 2013. (DE 119.) The R&R recommends that the Court deny movants' motion to intervene. The time for objecting to the R&R has passed, and no party has objected.

       In reviewing an R&R, the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). Where, as here, no party has timely objected, "a district court need only satisfy itself that there is no clear error on the face of the record" to adopt the R&R of a magistrate judge. Wilds v. United Parcel Serv., Inc., 262 F. Supp. 2d 163, 169 (S.D.N.Y. 2003) (internal quotation marks omitted). Having reviewed the record, the Court finds no clear error and adopts Magistrate Judge Mann's well-reasoned R&R as the opinion of this Court.[1] Accordingly, the motion to intervene is denied.

SO ORDERED.

Dated: Brooklyn, N.Y.
     March 21 , 2013

                                  s/Carol Bagley Amon

                                  Carol Bagley Amon
                                  Chief United States District Judge

---

[1] The Court does not adopt the Magistrate Judge's finding on page 9 of the R&R that the Settlement Agreement incorporates robust relief and substantial protections for the plaintiffs' class. The Court's final opinion regarding the Settlement Agreement is reserved until after a fairness hearing has been held.

1